## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE Eastern DISTRICT OF PENNSYLVANIA

IN RE: William Claude Soldrich
Debtor

CHAPTER 13

BKY. NO. 16-16330 REF

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of Specialized Loan Servicing LLC, as servicer for HSBC Bank USA, National Association as Trustee for Deutsche Alt-B Securities, Mortgage Loan Trust, Series 2006-AB4, and index same on the master mailing list.

Respectfully submitted,

**/s/Denise Carlon, Esquire**
Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322 FAX (215) 627-7734