## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  William Claude Soldrich<br>　　　　　　　　　Debtor | CHAPTER 13 |
| Specialized Loan Servicing LLC, as servicer for HSBC Bank USA, National Association as Trustee for Deutsche Alt-B Securities, Mortgage Loan Trust, Series 2006-AB4<br>　　　　　　　　　Movant<br>　　　vs. | NO. 16-16330 REF |
| William Claude Soldrich<br>　　　　　　　　　Debtor | 11 U.S.C. Section 362 |
| Frederick L. Reigle Esq.<br>　　　　　　　　　Trustee | |

## ORDER

**ORDERED THAT**: The Motion for Relief from the Automatic Stay of all proceedings is **GRANTED** and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at **1020-1022 Second Street, N. Catasauqua, PA** ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies.

BY THE COURT:

**Date: March 22, 2017**

_____

Richard E. Fehling, US Bankruptcy Judge.

William Claude Soldrich
534 Henry Street
Hellertown, PA 18055

Zachary Zawarski
1441 Linden Street
Bethlehem, PA 18018

Frederick L. Reigle Esq.
2901 St. Lawrence Avenue (VIA ECF)
P.O. Box 4010
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 - BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532