United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-16330-ref
William Claude Soldrich                                               Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4        User: Cathleen        Page 1 of 1        Date Rcvd: Mar 22, 2017
                            Form ID: pdf900       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 24, 2017.
db             +William Claude Soldrich,   534 Henry Street,   Hellertown, PA 18055-2205
13857925       +HSBC Bank USA, N.A., Trustee (See 410),   c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 22, 2017 at the address(es) listed below:
              DENISE ELIZABETH CARLON    on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for
               HSBC Bank USA, National Association as Trustee for Deutsche Alt-B Securities, Mortgage Loan
               Trust, Series 2006-AB4 bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    HSBC Bank USA, NA as Trustee for etal
               paeb@fedphe.com
              KEVIN S. FRANKEL    on behalf of Creditor    NATIONSTAR MORTGAGE LLC pa-bk@logs.com
              KRISTEN D. LITTLE    on behalf of Creditor    NATIONSTAR MORTGAGE LLC pabk@logs.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              ZACHARY  ZAWARSKI    on behalf of Debtor William Claude Soldrich zzawarski@zawarskilaw.com
                                                                                             TOTAL: 7

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  William Claude Soldrich<br>　　　　　　　　　　Debtor | CHAPTER 13 |
| Specialized Loan Servicing LLC, as servicer for HSBC Bank USA, National Association as Trustee for Deutsche Alt-B Securities, Mortgage Loan Trust, Series 2006-AB4<br>　　　　　　　　　　Movant<br>　　vs. | NO. 16-16330 REF |
| William Claude Soldrich<br>　　　　　　　　　　Debtor | 11 U.S.C. Section 362 |
| Frederick L. Reigle Esq.<br>　　　　　　　　　　Trustee | |

## ORDER

**ORDERED THAT**: The Motion for Relief from the Automatic Stay of all proceedings is **GRANTED** and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at **1020-1022 Second Street, N. Catasauqua, PA** ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies.

　　　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

**Date: March 22, 2017**　　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　　　　　Richard E. Fehling, US Bankruptcy Judge.

William Claude Soldrich
534 Henry Street
Hellertown, PA 18055

Zachary Zawarski
1441 Linden Street
Bethlehem, PA 18018

Frederick L. Reigle Esq.
2901 St. Lawrence Avenue (VIA ECF)
P.O. Box 4010
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 - BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532