United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 16-16330-ref
William Claude Soldrich                                             Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Cathleen           Page 1 of 2             Date Rcvd: Apr 27, 2017
                              Form ID: pdf900          Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 29, 2017.
```
db           +William Claude Soldrich,    534 Henry Street,    Hellertown, PA 18055-2205
smg          +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
               Allentown, PA 18101-1603
smg           City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg          +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg          +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr           +NATIONSTAR MORTGAGE LLC,    c/o Kevin S. Frankel,    Shapiro & DeNardo, LLC,    3600 Horizon Drive,
               Suite 150,    King of Prussia, PA 19406-4702
13791119     +America's Servicing Company,    P.O. Box 10328,    Des Moines, IA 50306-0328
13853463      American Express Bank, FSB,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
13791120     +Amex,   P.O. Box 981537,    El Paso, TX 79998-1537
13791121     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank of America,     P.O. Box 982235,    El Paso, TX 7998-2235)
13791122     +Chase Card,    P.O. Box 15298,    Wilmington, DE 19850-5298
13791123      Citibank, N.A.,    Attn: Bankruptcy Dept.,    P.O. Box 6407,    Sioux Falls, SD 57117-6407
13791124     +CollectCorp,    400 East Van Buren St.,    Phoenix, AZ 85004-2223
13791125     +Credit First NA,    6275 Eastland Rd.,    Brookpark, OH 44142-1399
13857925     +HSBC Bank USA, N.A., Trustee (See 410),     c/o Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
13791127     +Keifer & Tsarouhis, LLP,    21 S. 9th Street, Suite 200,    Allentown, PA 18102-4861
13791128     +Kia Motors Finance,    4000 Macarthur Blvd.,    Newport Beach, CA 92660-2558
13791130     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage LLC,      350 Highland Dr.,    Lewisville, TX 75067)
13791131     +Phelan Hallinan Diamond & Jones, LLP,    1617 JFK Boulevard, Suite 1400,    One Penn Center Plaza,
               Philadelphia, PA 19103-1823
13791132     +Shapiro & DeNardo, LLC,    3600 Horizon Drive, Suite 150,    King of Prussia, PA 19406-4702
13866335     +Specialized Loan Servicing LLC,    c/o Denise Carlon, Esq.,    701 Market Street, Ste 5000,
               Philadelphia, PA 19106-1541
13791133     +Stock & Grimes Law Office,    804 West Ave.,    Jenkintown, PA 19046-2831
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          +E-mail/Text: roberts12@dnb.com Apr 28 2017 12:44:54     Dun & Bradstreet, INC,
               3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 28 2017 12:44:36
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 28 2017 12:45:01     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            E-mail/PDF: gecsedi@recoverycorp.com Apr 28 2017 01:38:15     Synchrony Bank,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
               Miami, FL  33131-1605
13791126      E-mail/Text: mrdiscen@discover.com Apr 28 2017 12:44:17     Discover,   Attn: Bankruptcy Dept.,
               P.O. Box 30421,    Salt Lake City, UT 84130-0421
13791129     +E-mail/Text: bknotices@mbandw.com Apr 28 2017 12:45:00     McCarthy, Burgess & Wolff,
               26000 Cannon Road,    Bedford Heights, OH 44146-1807
13790569      E-mail/PDF: rmscedi@recoverycorp.com Apr 28 2017 01:38:06     Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
13791135      E-mail/Text: BKRMailOps@weltman.com Apr 28 2017 12:44:52     Weltman, Weinberg & Reis Co., LPA,
               325 Chestnut Street, Suite 501,    Philadelphia, PA 19106-2605
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13816543*    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage LLC,      PO Box 619096,    Dallas, TX 75261-9741)
13791134     ##+The Law Office of Larry Roach,    155 Montrose W. Ave.,    Coplay, OH 44321-2789
                                                                                              TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-4          User: Cathleen             Page 2 of 2                   Date Rcvd: Apr 27, 2017
                              Form ID: pdf900            Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2017                                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 27, 2017 at the address(es) listed below:
          DENISE ELIZABETH CARLON    on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for
           HSBC Bank USA, National Association as Trustee for Deutsche Alt-B Securities, Mortgage Loan
           Trust, Series 2006-AB4 bkgroup@kmllawgroup.com
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
          JOSEPH ANGEO DESSOYE     on behalf of Creditor    HSBC Bank USA, NA as Trustee for etal
           paeb@fedphe.com
          KEVIN S. FRANKEL    on behalf of Creditor    NATIONSTAR MORTGAGE LLC pa-bk@logs.com
          KRISTEN D. LITTLE    on behalf of Creditor    NATIONSTAR MORTGAGE LLC pabk@logs.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          ZACHARY  ZAWARSKI    on behalf of Debtor William Claude Soldrich zzawarski@zawarskilaw.com
                                                                                             TOTAL: 8
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                         :

WILLIAM CLAUDE SOLDRICH
                                               : Bankruptcy No. 16-16330REF
         Debtor(s)                             : Chapter 13

## ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

                                                          BY THE COURT

**Date: April 27, 2017**
                                                          _____
                                                          Richard E. Fehling, B. J.

Interested parties:

Lisa M. Ciotti, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

ZACHARY ZAWARSKI ESQ
1441 LINDEN STREET
BETHLEHEM PA 18018

WILLIAM CLAUDE SOLDRICH
534 HENRY STREET
HELLERTOWN,PA.18055